UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Vivian C. Hodgdon</u>

    v.                            Case No. 06-fp-295

<u>Merrimack County</u>
    <u>Department of Corrections</u>

**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted.

This case has been assigned number 06-cv-295-JD.

**SO ORDERED.**

                                        <u>/S/ Joseph A. DiClerico, Jr.</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date: August 22, 2006

cc:   Vivian C. Hodgdon, pro se