UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Vivian C. Hodgdon</u>

      v.                    Civil No. 06-cv-295-JD

<u>Merrimack County Department of Corrections</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 6, 2006, no objection having been filed.

SO ORDERED.

October 2, 2006                    /s/ Joseph A. DiClerico, Jr.
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

cc:    Vivian C. Hodgdon, pro se